STATE of Missouri, Respondent,

v.

Eddie HOLLINS, Appellant.

No. 64273.

Missouri Court of Appeals,
Eastern District,
Division One.

March 15, 1994.

Tamara Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his convictions for delivery of a controlled substance and possession of a controlled substance. Finding no error, we affirm. Further, an opinion would have no precedential value and we affirm with summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.